An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

RHONDA SLEDGE, AN INDIVIDUAL; AND B.C. ADOBE REALTY, INC., A NEVADA CORPORATION,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE NANCY L. ALLF, DISTRICT JUDGE,
Respondents,
and
MARIA SHANE, AN INDIVIDUAL; AND DONALD SHANE, AN INDIVIDUAL,
Real Parties in Interest.

No. 68934

FILED

NOV 1 3 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

*ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This original petition for a writ of mandamus challenges a district court order denying a motion to dismiss fraud and conspiracy claims against a real estate agent and broker pursuant to NRS 645.251. Having considered the petition and supporting documents, we decline to intervene at this time, as an adequate remedy exists in the form of an appeal from any adverse final judgment. NRS 34.170; *Int'l Game Tech., Inc. v. Second Judicial Dist. Court*, 124 Nev. 193, 197, 179 P.3d 556, 558 (2008); *Smith v. Eighth Judicial Dist. Court*, 113 Nev. 1343, 1344, 950 P.2d 280, 281 (1997) (noting that this court will generally not consider writ petitions challenging orders denying motions to dismiss); *Moore v. Eighth Judicial Dist. Court*, 96 Nev. 415, 417, 610 P.2d 188, 189 (1980)

SUPREME COURT
OF
NEVAOA

(O) 1947A

15-34661

(determining that intervention is not appropriate if it would not dispose of the entire controversy, since the avoidance of a needless trial is not possible).

Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Hardesty

_____, J.
Parraguirre

_____, J.
Douglas

cc:  Hon. Nancy L. Allf, District Judge
     Olson, Cannon, Gormley, Angulo & Stoberski
     The Law Firm of Judd J. Balmer, Esq., Ltd.
     Eighth District Court Clerk